BOOKER WHITE, RESPONDENT, v. SPIROS PAPPAYLIOU ET AL., APPELLANTS.

Submitted January term, 1935—Decided June 20, 1935.

Before Justices LLOYD, CASE and DONGES.

For the appellants, *Ward Kremer.*

For the respondent, *Marlack & Laulman.*

PER CURIAM.

No action of the trial court is pointed out in any of the reasons urged for reversal. What determination, if any, the judge made with reference to the predicated facts are not specified, and there is nothing before us for adjudication.

The judgment is affirmed, with costs.